IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLE HAYMAN, :<br>　　　　Plaintiff, :<br>: <br>v. :<br>:<br>MIKE BATEMAN, :<br>COUNTY OF NORTHAMPTON, :<br>　　　　Defendants. : | CIVIL ACTION<br>NO. 13-4108 |

## Order

AND NOW, this 18$^{h}$ day of December, 2015, upon consideration of Defendants' Motion for Summary Judgment, (Dkt No. 30), and Plaintiff's Response to Defendants Statement of Facts, (Dkt No. 37), it is hereby ORDERED that the Court GRANTS Defendants' Motion for Summary Judgment, (Dkt No. 30).

JUDGMENT is hereby ENTERED in favor of Deputy Warden Mike Bateman and the County of Northampton on all claims.

The Clerk's Office is hereby directed to CLOSE this matter.

BY THE COURT:

/s/ C. Darnell Jones, II
_____

**C. Darnell Jones, II          J.**